**FILED**
MAR 07 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA       '08 MJ 8207

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No.: |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | Title 8, U.S.C., § 1326 |
| Carlos CRUZ-Sanchez ) | Deported Alien Found in the United States (Felony) |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

That on or about March 5, 2008, within the Southern District of California, defendant Carlos CRUZ-Sanchez, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_____
RICHARD RAMIREZ
Senior Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 7TH DAY OF MARCH 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
   v.
Carlos CRUZ-Sanchez

## STATEMENT OF FACTS

The complainant states that this complaint is based upon the statements of the apprehending Border Patrol Agent, O. Puentes, that Carlos CRUZ-Sanchez was found and arrested on March 5, 2008, near Calexico, California.

On March 5, 2008, United States Border Patrol Agent (BPA) Oscar Puentes was performing his assigned Border Patrol duties approximately 1 mile west of the Calexico, California, Port of Entry. BPA Puentes encountered a male subject, later identified as Carlos CRUZ-Sanchez, walking northbound approximately 1 mile north of the U.S./Mexico International Boundary.

BPA Puentes approached CRUZ and identified himself as a United States Border Patrol Agent. BPA Puentes questioned CRUZ as to his citizenship. CRUZ stated he was a citizen of Mexico and did not posses any immigration documents allowing him to be in, remain or work in the United States legally.

Records checks revealed CRUZ had been previously ordered removed from the United States on January 5, 2005. Records checks further revealed that CRUZ has an extensive criminal history.

BPA Gelsey Snyder read CRUZ his rights as per Miranda . CRUZ stated he understood his rights and was willing to answer questions without the presence of an attorney. CRUZ stated he last entered the United States by walking across the U.S./Mexico International Boundary. CRUZ stated he intended to travel to Los Angeles, California, to reside and seek employment.

There is no evidence CRUZ has sought or received permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States.